IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONLYNN S. MONTGOMERY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOVERNMENT, et al.,<br><br>　　　　Defendants. | No.  2:21-CV-1826-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　This action currently proceeds on Plaintiff's first amended complaint, ECF No. 11, filed pursuant to the Court's January 21, 2022, screening order, ECF No. 10, dismissing the original complaint with leave to amend.  On July 5, 2022, Plaintiff filed a second amended complaint.  See ECF No. 16.  The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B).  In all other situations, a party's pleadings may only be amended upon leave of court or stipulation of all the parties. See Fed. R. Civ. P. 15(a)(2).

1         The Court will presume that Plaintiff's amended complaint was <u>not</u> filed as of right under Rule 15 because it was filed pursuant to Court order.  Considering the first amended complaint as Plaintiff's original complaint, if Plaintiff wished to file the second amended complaint filed as of right, and because no response to the first amended complaint has been filed, the second amended complaint was due within 21 days of filing the first amended complaint.  Here, the first amended complaint was filed on February 16, 2022, and the second amended complaint was filed more than 21 days later on July 5, 2022, absent leave of court or a stipulation signed by all parties (the latter of which could not occur because no defendants have appeared in the action).  Because Plaintiff's second amended complaint was filed without leave of court, it will be stricken.  The Court will address the sufficiency of Plaintiff's first amended complaint separately.

        IT IS SO ORDERED.

Dated:  August 16, 2022

                                                        DENNIS M. COTA
                                                        UNITED STATES MAGISTRATE JUDGE