IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONLYNN S. MONTGOMERY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOVERNMENT, et al.,<br><br>　　　　　Defendants. | No.  2:21-CV-1826-KJM-DMC-P<br><br><br><br>ORDER |

　　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are: (1) Plaintiff's motion for judgment in his favor, ECF No. 23; (2) Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 22; and (3) Plaintiff's motion for referral to alternative dispute resolution, ECF No. 28.  For the reasons discussed below, Plaintiff's motion will be denied.

　　　　　Plaintiff's motion for leave to proceed in forma pauperis will be denied as unnecessary and duplicative because Plaintiff was previously granted in forma pauperis status on November 16, 2021.  See ECF No. 8.

　　　　　Plaintiff's motion for judgment in his favor will be denied without prejudice as premature.  This action proceeds on Plaintiff's first amended complaint, ECF No. 11.  On August 7, 2023, the Court issued findings and recommendations that Plaintiff's first amended complaint be dismissed for failure to state a claim.  See ECF No. 21.  By separate order, the Court has

granted Plaintiff an extension of time to file objections to the August 7, 2023, findings and recommendations. Pending final resolution of the findings and recommendations by the District Judge, and because no defendant has yet been served or appeared in the action, Plaintiff's motion for judgment in his favor will be denied as premature and without prejudice to renewal should the August 7, 2023, findings and recommendations not be adopted and following issuance of a discovery and scheduling order in this case.

Finally, Plaintiff's motion for referral to alternative dispute resolution will be denied as unnecessary. It is the Court's practice to refer all prisoner civil rights cases to alternative dispute resolution upon the filing of an answer to the operative complaint. If the August 6, 2023, findings and recommendations are not adopted and this case is permitted to proceed, the Court will refer this case to alternative dispute resolution once an answer to the first amended complaint is filed.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for leave to proceed in forma pauperis, ECF No, 22, is DENIED as unnecessary and duplicative.

2. Plaintiff's motion for referral to alternative dispute resolution, ECF No. 28, is DENIED as unnecessary.

3. Plaintiff's motion for judgment in his favor, ECF No. 23, is DENIED as premature and without prejudice to renewal should the August 7, 2023, findings and recommendations not be adopted and following issuance of a discovery and scheduling order in this case.

Dated: January 23, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE