IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONLYNN S. MONTGOMERY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOVERNMENT, et al.,<br><br>　　　　Defendants. | No.  2:21-CV-1826-KJM-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　This action currently proceeds on Plaintiff's first amended complaint, ECF No. 11, filed pursuant to the Court's January 21, 2022, screening order, ECF No. 10, dismissing the original complaint with leave to amend.  On July 5, 2022, Plaintiff filed a second amended complaint.  See ECF No. 16.  This pleading was stricken as untimely.  See ECF No. 17.  On August 7, 2023, the Court issued findings and recommendations that Plaintiff's first amended complaint be dismissed for failure to state a claim.  See ECF No. 21.  Plaintiff has not filed objections to the August 7, 2023, findings and recommendations, which have not to date been submitted to the assigned District Judge.  Now before the Court is Plaintiff's second amended complaint, filed on August 18, 2023.  See ECF No. 24.

///

The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B). In all other situations, a party's pleadings may only be amended upon leave of court or stipulation of all the parties. See Fed. R. Civ. P. 15(a)(2).

The Court will presume that Plaintiff's first amended complaint was not filed as of right under Rule 15 because it was filed pursuant to Court order. As explained in the Court's prior order, considering the first amended complaint as Plaintiff's original complaint, if Plaintiff wished to file a second amended complaint filed as of right, and because no response to the first amended complaint has been filed, the second amended complaint was due within 21 days of filing the first amended complaint. Here, the first amended complaint was filed on February 16, 2022, and the second amended complaint currently before the Court was filed more than 21 days later on August 18, 2023, absent leave of court or a stipulation signed by all parties (the latter of which could not occur because no defendants have appeared in the action). Because Plaintiff's second amended complaint was filed without leave of court, it will be stricken.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's second amended complaint, ECF No. 24, is STRICKEN.

2. This action proceeds on Plaintiff's first amended complaint, ECF No. 11.

3. The Court sua sponte grants Plaintiff an extension of time to file objections to the August 7, 2023, findings and recommendations.

4. Plaintiff's objections to the August 7, 2023, findings and recommendations are due within 30 days of the date of this order.

Dated: January 23, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE