# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONLYNN S. MONTGOMERY, | No. 2:21-CV-1826-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| GOVERNMENT, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file objections to the Court's August 7, 2023, findings and recommendations. See ECF No. 33. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to late receipt of the Court's findings and recommendations because of a recent change of address, Plaintiff's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 33, is GRANTED.

2. The parties may file objections to the Court's August 7, 2023, findings and recommendations within 30 days of the date of this order.

Dated: March 19, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE